U.S. COURTS

APR 3 0 2015

Rcvd_____ Filed ____ Time 10:40
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

In Re:                            )    CHAPTER 12
                                  )
Dayley, Scott                     )
Dayley, Jennifer                  )    CASE NO.: 08-40117-JDP
                                  )
                                  )
         Debtor(s)                )

## Turnover of Funds to Clerk

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. District Court the following funds for the reason stated below:

1.   The following represents funds paid to the Court pursuant to Bankruptcy Rule 3010.

| NAME & ADDRESS OF CREDITOR | CHECK # | DATED | AMOUNT NOT DISBURSED | CLAIM# |
|---|---|---|---|---|
| | | | | |

2.   The following funds represent disbursement to creditors which were not Claimed within ninety (90) days and are therefore paid to the Court pursuant to 11 U.S.C. Section 347(a).

| NAME & ADDRESS OF CREDITOR | CHECK # | DATED | AMOUNT | CLAIM# |
|---|---|---|---|---|
| Hi-Energy Liqui-Feed, Inc. | 16240 | 6/9/14 | $1,500.04 | 13 |
| Hi Energy Liqui-Feed, Inc. | 17011 | 10/27/14 | $ 817.80 | 13 |

Dated this Wednesday, April 22, 2015.

/s/ Forrest P. Hymas
Forrest P. Hymas
Chapter 12 Trustee